SLIP OPINION

# ARKANSAS COURT OF APPEALS

DIVISION II
**No.** CV-15-485

|  |  |  |
|---|---|---|
| RICO F. TREJO | | **Opinion Delivered** November 12, 2015 |
| | APPELLANT | |
| V. | | APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION [NOS. G002585 and G210068] |
| MEEKS LUMBER CO. AND ARGO INSURANCE CO. | | |
| | APPELLEES | AFFIRMED |

## RITA W. GRUBER, Judge

This workers' compensation case concerns Rico Trejo's claim for additional medical treatment for compensable injuries to his right knee, which he sustained in 2010 and 2012. After conducting a hearing, an administrative law judge found that the Arkansas Workers' Compensation Act is constitutional;[1] that Mr. Trejo's claim for additional medical treatment regarding the 2010 injury was barred by the statute of limitations; and that Mr. Trejo was entitled to additional medical treatment related to his 2012 injury, including surgery recommended by Dr. Chris Arnold. The Arkansas Workers' Compensation Commission reversed the award of additional medical treatment, and denied and dismissed the claim. Mr. Trejo now appeals, contending (1) that substantial evidence does not support the

---

[1]The administrative law judge ruled on the constitutional issue that Mr. Trejo's points were identical to those considered and rejected in *Long v. Wal-Mart Stores, Inc.*, 98 Ark. App. 70, 250 S.W.3d 263 (2007) and its progeny, and that Mr. Trejo did not seek to distinguish *Long* or to argue that it should be modified or overruled.

SLIP OPINION

Commission's reversal of the law judge's finding of entitlement to the procedure recommended by Dr. Arnold, and (2) that the Arkansas Workers' Compensation Act is unconstitutional.

Mr. Trejo filed no cross-appeal to the Commission on the constitutional issue; and therefore, the Commission made no ruling on it. Arguments are not preserved for appellate review when no ruling was obtained from the Commission. *Gray v. Johnson Emp't Servs., LLC*, 2010 Ark. App. 812. Because the only remaining issue on appeal is the sufficiency of the evidence, and because the opinion of the Commission thoroughly explains its decision, we affirm by memorandum opinion pursuant to sections (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

GLADWIN, C.J., and HARRISON, J., agree.

*Frederick S. "Rick" Spencer*, for appellant.

*Frye Law Firm, P.A.*, by: *William C. Frye*, for appellees.